THE HONORABLE BENJAMIN H. SETTLE

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| PAMELA RICHARDS,<br>            Plaintiff,<br>v.<br>LIFE INS. CO. N. AMER., ET AL,<br>           Defendants. | Case No. 3:22−cv−05353−BHS<br><br>ORDER GRANTING MOTION TO FILE THE ADMINISTRATIVE RECORD UNDER SEAL |

Based on the Stipulated Motion to File the Administrative Record under Seal, it is ORDERED that the stipulated motion is granted for good cause shown and the parties shall now file the Administrative Record under seal.

Dated this 19th day of August, 2022.

_____
BENJAMIN H. SETTLE
United States District Judge

Presented by:
ROY LAW GROUP
By: *s/ R. Darrin Class*
    R. Darrin Class, WSBA 21925
Attorney for Plaintiff

LANE POWELL PC
By: s/ *Brian T. Kiolbasa*
    D. Michael Reilly, WSBA No. 14674
    Hans N. Huggler, WSBA No. 51662
    Brian T. Kiolbasa, admitted pro hac vice
Attorneys for Defendants

ORDER FILE ADMIN REC UNDER SEAL
*Richards v. Life Ins. Co. of N.A., Et. Al.*
Case No.: 3:22−cv−05353−BHS

ROY LAW GROUP
1000 SW Broadway, #900
Portland, OR 97205
TEL 503-206-4313
FAX 855-344-1726
www.roylawgroup.com

Page 1