THE HONORABLE BENJAMIN H. SETTLE

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| PAMELA RICHARDS,<br>　　　　　Plaintiff,<br>　　v.<br>LIFE INSURANCE COMPANY OF<br>NORTH AMERICA, Et. Al.,<br>　　　　　Defendants. | Case No. 3:22−cv−05353−BHS<br><br>ORDER OF DISMISSAL |

THE COURT having been notified of the settlement of this matter and it appearing that no issue remains for the Court's determination, IT IS ORDERED that this action and all claims asserted herein are DISMISSED with prejudice and with each party bearing its own costs and attorneys' fees.

DATED this 25th day of January, 2023.

_____
BENJAMIN H. SETTLE
United States District Judge

ORDER OF DISMISSAL
*Richards v. Life Ins. Co. of N.A., Et. Al.*
Case No.: 3:22−cv−05353−BHS

ROY LAW GROUP
1000 SW Broadway, #900
Portland, OR 97205
TEL 503-206-4313
FAX 855-344-1726
www.roylawgroup.com

Page 1

1  Presented by:
2  ROY LAW GROUP
   */s/ R. Darrin Class*
3  R. Darrin Class, WSBA 21925

4  LANE POWELL PC
   By s/ *Brian Kiolbasa*
5  D. Michael Reilly, Admitted Pro Hac Vice

ORDER OF DISMISSAL
*Richards v. Life Ins. Co. of N.A., Et. Al.*
Case No.: 3:22−cv−05353−BHS

**ROY LAW GROUP**
1000 SW Broadway, #900
Portland, OR 97205
TEL 503-206-4313
FAX 855-344-1726
www.roylawgroup.com